PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Rakesh Kumar                    Cr.: 21-00816-001
                                                                      PACTS #: 6087913

Name of Sentencing Judicial Officer:   THE HONORABLE DORA L. IRIZARRY
                                       UNITED STATES DISTRICT JUDGE (ED/NY)

                                       THE HONORABLE BRIAN R. MARTINOTTI
                                       UNITED STATES DISTRICT JUDGE
                                       (JURISDICTION TRANSFERRED 10/15/2021)

Date of Original Sentence: 05/28/2021

Original Offense:   Count One: Conspiracy to Commit Mail and Wire Fraud 18 U.S.C. § 1349

Original Sentence: 60 months' probation

Special Conditions: Special Assessment, Restitution - Money, Fine, Mental Health Treatment, Financial Disclosure, Other Condition

Type of Supervision: Probation                          Date Supervision Commenced: 05/28/2021

## STATUS UPDATE

Kumar was sentenced in the Eastern District of New York. He was ordered to pay $714,551.04 in restitution and a $250,000 fine. Additionally, Kumar must not possess a firearm, he may not be placed on a low intensity supervision caseload without the court's permission and any non-compliance must be immediately reported to the court. Kumar receives $1,854.56 net income (monthly) from Supplemental Security Income (corroborated via an official letter from the agency). Overall, Kumar receives $22,831 in net income monthly from numerous retirement accounts, investments and rental income from properties he owns. Kumar liquidated some of his assets and paid the restitution and fine in full. Kumar disclosed his finances to the probation office in October 2021. He also filed a six-month extension for his 2021 income taxes. In response to his mental health treatment special condition, Kumar was referred to Trinitas Hospital for a mental health assessment. An assessment was performed on October 4, 2021 and the evaluation concluded that "no psychiatric disorder [was] found after evaluation."

U.S. Probation Officer Action:
The undersigned officer has supervised Kumar since August 2021. He has been compliant with his supervision and has complied with all his mandatory and special conditions. The undersigned officer is currently recommending Kumar's supervision be transferred to the District of New Jersey "low intensity" caseload.

Prob 12A – page 2
Rakesh Kumar

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Santiago A. Cornejo, Jr.*
By: SANTIAGO A. CORNEJO, JR.
U.S. Probation Officer

/ sac

APPROVED:

*Sharon O'Brien*   *May 9, 2022*
SHARON O'BRIEN                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] The Court permits the probation office to place Mr. Kumar on the Low Intensity Caseload (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

May 10, 2022
Date